Argued December 3—decided December 3, 1974

STATE OF CONNECTICUT *v.* DAVID J. CONCAUGH

It appearing that the defendant in the above-entitled case has failed to prosecute his appeal from
the Superior Court in New Haven County with
proper diligence, it is, under Practice Book § 696,

.ordered by the Supreme Court, suo motu, that the appeal be and hereby is dismissed unless the defendant files his brief on or before January 10, 1975.

*John W. Kline,* for the appellant (defendant).

*Ernest J. Diette, Jr.,* assistant state's attorney, for the appellee (state).

Argued December 3—decided December 3, 1974